UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA,

                Plaintiff,

– against –

BLADE-TECH INDUSTRIES, INC.,

                Defendant.

**ORDER**

22 Civ. 2152 (ER)

Ramos, D.J.:

    On March 15, 2022, plaintiff brought a complaint against defendant. *See* Doc. 1. Defendant was served on March 31, 2022 and was ordered to answer by April 21, 2022. *See* Doc. 6. As of the date of this Order, defendant has not answered. On July 8, 2022, plaintiff filed a proposed clerk's certificate of default against defendant, *see* Doc. 6, which the Clerk of the Court entered on July 8, 2022, *see* Doc. 8.

    No later than July 29, 2022, Plaintiff shall file an Order to Show Cause in order to obtain default judgment against defendant pursuant to, and in compliance with, the Judge Ramos' Individual Practices, found at https://nysd.uscourts.gov/hon-edgardo-ramos.

It is SO ORDERED.

Dated:   July 12, 2022
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.